IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

PFG BROADLINE HOLDINGS, LLC, d/b/a
PFG LITTLE ROCK, f/d/b/a PFG BROADLINE
HOLDINGS, INC., f/d/b/a QUALITY FOODS, INC.          PLAINTIFF

V.                              CASE NO. CIV 09-05110

ARTURO REYES, SR., d/b/a
ARTURO REYES                                          DEFENDANT

## CONSENT JUDGMENT

Before the Court is the Joint Stipulation of the parties for the entry of a consent judgment, in favor of the Plaintiff, against the Defendant, in the sum of $35,635.18.

IT IS THEREFORE THE JUDGMENT OF THE COURT, pursuant to Fed. R. Civil P. 58, that judgment is entered in favor of PFG Broadline Holdings, LLC, against Arturo Reyes, Senior, a/k/a Arturo Reyes, in the sum of $35,635.18.

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
OCT 21 2009
CHRIS R. JOHNSON, CLERK
BY
    DEPUTY CLERK

US DISTRICT JUDGE

10/21/09
DATE

Page 1 of 2

BUZBEE & HAWK, PLC
Attorneys for PFG Broadline Holdings, LLC
300 Spring Building, Suite 1004
Little Rock, AR 72201
(501) 376-3418


/s/ J. R. Buzbee
J. R. Buzbee, AR Bar #71010


Donald A. Brady, Jr.
Attorney for Debtor
PO Box 1715
Rogers, AR 72757-1715
(479) 631-0100


/s/ John Blair
Donald A. Brady, Jr., AR Bar #97047